Curtis HARRIS, Appellant,

v.

KANSAS CITY COMMUNITY CENTER, Defendant

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 63584.

Missouri Court of Appeals, Western District.

Sept. 28, 2004.

Samuel I. Mchenry, Kansas City, MO, for Appellant.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Mr. Curtis Harris appeals from the Labor and Industrial Relations Commission's decision that he is ineligible for unemployment compensation benefits. For the reasons explained in the memorandum furnished to the parties, we affirm the Commission's judgment. Rule 84.16(b).